AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:14-mj-546-CWH |
| Robert C. Butler | ) Charging District: Central District of California |
| Defendant | ) Charging District's Case No. EDCR14 86 VAP |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court 3470 Twelfth Street Riverside, CA 92501 | Courtroom No.: PIA calendar courtroom |
|---|---|
| | Date and Time: 9/3/14, 9:30 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: August 19, 2014

_____
Judge's signature

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*

RECEIVED
ENTERED                SERVED ON
                COUNSEL/PARTIES OF RECORD

AUG 19 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____